[Doabtsty] [Order Abating Relief from Stay]

ORDERED.

Dated: October 28, 2016

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 8:16–bk–06433–CPM
                                                                                        Chapter 7
Frank Anthony Bomba

Deborah Jean Bomba

_____Debtor*_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Ditech Financial LLC . Document 16 (the "Motion"). After a review of the Motion, the Court determines that the motion is deficient as follows:

☐  The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐  The Motion does not include a signed and dated proof of service as required by Local Rule 9013–1.

☐  The prescribed filing fee of $176.00, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☑  The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

Accordingly it is

**ORDERED:**

1. Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.